**No. 46506.**—Protests 866252–G, etc., of Atlas Accordion Mfg. Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46507.**—Protests 770264–G, etc., of W. A. Taylor & Co. et al. (Baltimore, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46508.**—Protests 56379–K, etc., of F. W. Woolworth Co. et al. (Philadelphia, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46509.**—Protests 6153–K, etc., of Eimer & Amend et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46510.**—Protests 999820–G, etc., of Abels, Wasserberg & Co., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

OCTOBER 23, 1941

**No. 46511.**——Protests 6753–K, etc., of Brabender Corp. et al. C. D. 491. Motion of Government for rehearing granted.

BEFORE THE FIRST DIVISION, OCTOBER 29, 1941

**No. 46512.**—Petition 6180–R of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. The petition was dismissed.